DION M. HENRY *v.* COMMISSIONER OF
CORRECTION
(AC 25091)

Dranginis, Flynn and DiPentima, Js.

Submitted on briefs December 2, 2004—officially released January 25, 2005

*Robert J. McKay* filed a brief for the appellant (petitioner).

*Michael Dearington*, state's attorney, *Christine Collyer*, special deputy assistant state's attorney, and *Linda N. Howe*, senior assistant state's attorney, filed a brief for the appellee (respondent).

*Opinion*

PER CURIAM. The habeas court dismissed the petition for a writ of habeas corpus that was filed by the petitioner, Dion M. Henry, and then denied his petition for certification to appeal from that dismissal. After careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner or that the questions raised deserve encouragement to proceed further. See *Lozada* v. *Deeds*, 498 U.S. 430, 431–32, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991); *Simms* v. *Warden*, 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.